Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10827−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haile P. Perez                                    Rosalba M. Perez
   127 Schaffer Ave                                  127 Schaffer Ave
   Cedarville, NJ 08311                              Cedarville, NJ 08311

Social Security No.:
   xxx−xx−1222                                       xxx−xx−2334

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          3/18/20
Time:          09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

         An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

         **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 3, 2020
JAN: eag

                                             Jeanne Naughton
                                             Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 20-10827-JNP
Haile P. Perez                                                            Chapter 13
Rosalba M. Perez
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2            Date Rcvd: Feb 03, 2020
                               Form ID: 132                Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db/jdb         +Haile P. Perez,   Rosalba M. Perez,   127 Schaffer Ave,   Cedarville, NJ 08311-2207
518666894       Apex Asset Management,   1286 Carmichael Way,   Montgomery, AL 36106-3645
518666898      +Center For Diagnostic Imaging,   1550 E. Chestnut Ave Ste 4c,   Vineland, NJ 08361
518666899       Citi Cards,   PO Box 8113,   South Hackensack, NJ 07606-8113
518666901      +Cumberland County Taxation Board,   220 N Laurel St,   Bridgeton, NJ 08302-1516
518666902      +Diversified Consultants,   600 Coon Rapids Blvd NW,   Coon Rapids, MN 55433-5549
518666903      +Embrace Home Loans,   PO Box 77404,   Trenton, NJ 08628-6404
518666909      +Jefferson Capital,   4500 Cherry Creek Drive South Suite 700,   Denver, CO 80246-1534
518666911      +Lawrence Township Tax Assessor,   357 Main St,   Cedarville, NJ 08311-2542
518666913       Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518666914      +PMAB LLC,   4135 S Stream Blvd Ste,   Charlotte, NC 28217-4636
518666915      #+RoundPoint Mortgage,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
518666920      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
518666916      +Selip & Stylianou LLP,   10 Forest Avenue,   Paramus, NJ 07652-5238
518666918      +South Jersey Health System,   PO Box 3129,   Secaucus, NJ 07096-3129
518666919       State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 00:44:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 00:44:39      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518666895       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2020 00:49:51      Capital One,
                 PO Box 85015,   Richmond, VA 23285-5015
518676784      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2020 01:01:09
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518666897      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2020 00:49:51      Capital One Justice,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
518666900       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2020 00:44:27      Comenity Bank/Peebles,
                 Po Box 182789,   Columbus, OH 43218-2789
518666904       E-mail/Text: bnc-bluestem@quantum3group.com Feb 04 2020 00:45:23      Finger Hut,   PO Box 166,
                 Newark, NJ 07101-0166
518666905      +E-mail/Text: bankruptcy@glsllc.com Feb 04 2020 00:42:34      Global Lending Servoces LLC,
                 P.O Box 10437,   Greenville, SC 29603-0437
518666908       E-mail/Text: cio.bncmail@irs.gov Feb 04 2020 00:44:08      Internal Revenue Service,
                 P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07081
518666910       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 04 2020 00:45:04      Jefferson Capital,
                 16 McLeland Rd,   Saint Cloud, MN 56303
518673835       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 00:50:49      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518666912       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 04 2020 00:49:11      Merrick Bank,
                 PO Box 5721,   Hicksville, NY 11802-5721
518684585       E-mail/Text: appebnmailbox@sprint.com Feb 04 2020 00:44:37      Sprint Corp.,   Attn: Bankruptcy,
                 PO Box 7949,   Overland Park, KS 66207-0949
518666917      +Fax: 516-933-1697 Feb 04 2020 01:35:48      Slomin's Inc,   125 Lauman Lane,
                 Hicksville, NY 11801-6539
518666921       E-mail/Text: bankruptcy@sccompanies.com Feb 04 2020 00:45:56      Swiss Colony,   1112 7th Ave,
                 Monroe, WI 53566-1364
518667562      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 00:49:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518666922       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 04 2020 00:42:32
                 Verizon,   PO Box 25087,   Wilmington, DE 19899-5087
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518666896*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   PO Box 85015,   Richmond, VA 23285-5015)
518666907*     Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
518666906*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 03, 2020
                              Form ID: 132             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Seymour Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com, ecf@seymourlaw.net
        Seymour Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com, ecf@seymourlaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 4