UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Embrace Home Loans

| | |
|---|---|
| In Re:<br><br>Haile Perez & Rosalba Perez,<br><br>Debtors. | Case No.:  20-10827-JNP<br><br>Chapter:  13<br><br>Hearing Date:  3/18/2020<br><br>Judge:  Poslusny |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 23)

_____

Date:  3/16/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*