| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Haile P. Perez and<br>Rosalba M. Perez<br><br>                      Debtors. | Chapter: 13<br><br>Case No.: 20-10827-JNP<br><br>Hearing Date: May 6, 2020<br><br>Judge Jerrold N. Poslusny Jr. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 23, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors: Haile P. Perez and Rosalba M. Perez
Case No.: 20-10827-JNP
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1. The Debtor shall conform to Creditor's Proof of Claim Number 11-1 by paying the arrearage claim in the amount of $24,251.14 in full over the life of the Plan.

**STIPULATED AND AGREED:**


*/s/ William Clunn*                    */s/Gavin N. Stewart, Esq.*
William Clunn, Esq.                    Gavin N. Stewart, Esq.
Law Offices of Seymour Wasserstrum     Stewart Legal Group, P.L.
205 West Landis Avenue                 401 East Jackson Street, Suite 2340
Vineland, NJ 08360                     Tampa, FL 33602