| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Haile P. Perez and<br>Rosalba M. Perez<br><br>          Debtors. |

Order Filed on March 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 20-10827-JNP

Hearing Date: May 6, 2020

Judge Jerrold N. Poslusny Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 23, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | Haile P. Perez and Rosalba M. Perez |
| Case No.: | 20-10827-JNP |
| Caption of Order: | **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN** |

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1. The Debtor shall conform to Creditor's Proof of Claim Number 11-1 by paying the arrearage claim in the amount of $24,251.14 in full over the life of the Plan.

**STIPULATED AND AGREED:**

*/s/ William Clunn*  
William Clunn, Esq.  
Law Offices of Seymour Wasserstrum  
205 West Landis Avenue  
Vineland, NJ 08360

*/s/Gavin N. Stewart, Esq.*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602

United States Bankruptcy Court
District of New Jersey

In re:  
Haile P. Perez  
Rosalba M. Perez  
    Debtors

Case No. 20-10827-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db/jdb       +Haile P. Perez,    Rosalba M. Perez,    127 Schaffer Ave,    Cedarville, NJ 08311-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Gavin Stewart    on behalf of Creditor    Global Lending Services, LLC bk@stewartlegalgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Seymour Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com, ecf@seymourlaw.net  
        Seymour Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com, ecf@seymourlaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 7