Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–10827–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haile P. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Rosalba M. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Social Security No.:
xxx–xx–1222

xxx–xx–2334

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            March 16, 2021
Time:            11:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*48* – Certification in Opposition to (related document:46 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: 127 Schaffer Avenue, Cedarville NJ 08311. Fee Amount $ 181. filed by Creditor Embrace Home Loans, Inc., 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Embrace Home Loans, Inc.. Objection deadline is 02/16/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise) Modified on 2/3/2021 TO REFLECT CERTIFICATION IS MISSING /S/ SIGNATURE (eag) filed by Creditor Embrace Home Loans, Inc., 47 CREDITOR'S CERTIFICATION OF DEFAULT WITH SIGNATURE in support of (related document:46 Creditor's Certification of Default filed by Creditor Embrace Home Loans, Inc.) filed by Denise E. Carlon on behalf of Embrace Home Loans, Inc.. (Attachments: # 1 Certificate of Service) (Carlon, Denise) Modified on 2/8/2021 TO CLARIFY TEXT (eag) filed by Creditor Embrace Home Loans, Inc.) filed by Seymour Wasserstrum on behalf of Haile P. Perez, Rosalba M. Perez. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: February 17, 2021
JAN: eag

Jeanne Naughton
Clerk