# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY, CAMDEN DIVISION

In re   HAILE P. PEREZ                           Case No.   20-10827-JNP

         ROSALBA M. PEREZ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Afni, Inc. | State Farm Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Afni, Inc.
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Court Claim # (if known):   9
Amount of Claim:   $2,968.10
Date Claim Filed:   3/2/2020

Email: proofofclaim@becket-lee.com
Phone: 610-228-2570
Last Four Digits of Acct #:   0975
Last Four of Alternate Acct #:

Email: proofofclaim@becket-lee.com
Phone: 610-228-2570
Last Four Digits of Acct #:   0975
Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Email: payments@becket-lee.com
Phone:
Last Four Digits of Acct #:
Last Four of Alternate Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Christopher Cramer                      Date:   2/19/2021

Christopher S Cramer, Claims Administrator
Becket & Lee LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*