Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  20−10827−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Haile P. Perez                                    Rosalba M. Perez
    127 Schaffer Ave                                  127 Schaffer Ave
    Cedarville, NJ 08311                              Cedarville, NJ 08311
Social Security No.:
    xxx−xx−1222                                       xxx−xx−2334
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N.
Poslusny Jr. on

Date:                   March 16, 2021
Time:                   11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

to consider and act upon the following:

*48 −* Certification in Opposition to (related document:46 Creditor's Certification of Default (related document:34
Motion for Relief from Stay re: 127 Schaffer Avenue, Cedarville NJ 08311. Fee Amount $ 181. filed by Creditor
Embrace Home Loans, Inc., 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of
Embrace Home Loans, Inc.. Objection deadline is 02/16/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3
Proposed Order # 4 Certificate of Service) (Carlon, Denise) Modified on 2/3/2021 TO REFLECT CERTIFICATION
IS MISSING /S/ SIGNATURE (eag) filed by Creditor Embrace Home Loans, Inc., 47 CREDITOR'S
CERTIFICATION OF DEFAULT WITH SIGNATURE in support of (related document:46 Creditor's Certification
of Default filed by Creditor Embrace Home Loans, Inc.) filed by Denise E. Carlon on behalf of Embrace Home
Loans, Inc.. (Attachments: # 1 Certificate of Service) (Carlon, Denise) Modified on 2/8/2021 TO CLARIFY TEXT
(eag) filed by Creditor Embrace Home Loans, Inc.) filed by Seymour Wasserstrum on behalf of Haile P. Perez,
Rosalba M. Perez. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: February 17, 2021
JAN: eag

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-10827-JNP

Haile P. Perez                                                                  Chapter 13

Rosalba M. Perez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                              Page 1 of 2

Date Rcvd: Feb 17, 2021                     Form ID: 173                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|-----------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|----------|---|---------------------------|
| db/jdb | + | Haile P. Perez, Rosalba M. Perez, 127 Schaffer Ave, Cedarville, NJ 08311-2207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                     Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|--------------|
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | |

on behalf of Debtor Haile P. Perez mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7