UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Embrace Home Loans, Inc.

In Re:

Haile Perez & Rosalba Perez,

Debtor.

Case No.:     20-10827-JNP

Chapter:     13

Hearing Date:     3/30/2021

Judge:     Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 46)

_____

Date: 3/24/2021                  /s/ Denise Carlon
                                                                  Signature

*rev.8/1/15*