Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10827−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haile P. Perez                                     Rosalba M. Perez
   127 Schaffer Ave                                   127 Schaffer Ave
   Cedarville, NJ 08311                               Cedarville, NJ 08311

Social Security No.:
   xxx−xx−1222                                        xxx−xx−2334

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 7/16/21 at 10:00 AM

to consider and act upon the following:

**59** – Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/8/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Cory Francis Woerner on behalf of Haile P. Perez, Rosalba M. Perez. (Woerner, Cory)

Dated: 6/9/21

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court