# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Embrace Home Loans, Inc.

Order Filed on April 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Haile P. Perez, Rosalba M. Haile

Debtors.

Case No.: 20-10827 JNP

Adv. No.:

Hearing Date: 3/30/2021 @ 11:00 a.m.

Judge: Jerrold N. Poslusny Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 5, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Haile P. Perez, Rosalba M. Haile
Case No: 20-10827 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS & CERTIFICATION OF DEFAULT
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Embrace Home Loans, Inc., Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 1021 Buckshutem Road, Bridgeton, NJ 08302, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esq., attorney for Debtors, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of March 23, 2021 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2020 through March 2021 for a total post-petition default of $10,050.56 (2 @ $1,077.49, 7 @ $1,127.94); and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $10,050.56 will be paid by Debtor remitting $1,675.09 for per month for five months and $1,675.11 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2021 and continue for a period of six months until the post-petition arrears are cured; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2021, directly to Secured Creditor's servicer, Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.