# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Embrace Home Loans, Inc.

CASE NO. 20-10827 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Rosalba M. Perez
Haile P. Perez

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED AUGUST 12, 2011

I, **Brian Gaske**, employed as **Assistant Vice President** by RUSHMORE LOAN MANAGEMENT SERVICES, LLC, for Embrace Home Loans, Inc., hereby certifies the following information:

Recorded on August 19, 2011, in Cumberland County, in Book 4084, at Page 3747.
Property Address: 127 Schaffer Avenue, Cedarville NJ 08311.

Mortgage Holder: Embrace Home Loans, Inc.

Mortgagor(s)/ Debtor(s): Rosalba M. Perez and Haile P. Perez

POST-PETITION PAYMENTS (Petition filed on January 17, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 04/05/2021. | | | | | - |
| | | To Suspense | $775.76 | 02/26/2021 | $775.76 |
| $1,152.96 | 04/01/2021 | 04/2021 | $3,500.00 | 03/18/2021 | $3,122.80 |
| $1,675.09 | | AO Payment | From Suspense | 03/18/2021 | $1,447.71 |
| $1,152.96 | 05/01/2021 | 05/2021 | From Suspense | 03/18/2021 | $294.75 |
| | | To Suspense | $6,000.00 | 08/25/2021 | $6,294.75 |
| $1,152.96 | 06/01/2021 | 6/2021 | From Suspense | 08/25/2021 | $5,141.79 |
| $1,152.96 | 07/01/2021 | 7/2021 | From Suspense | 08/25/2021 | $3,988.83 |
| $1,675.09 | | AO Payment | From Suspense | 08/25/2021 | $2,313.74 |
| $1,675.09 | | AO Payment | From Suspense | 08/25/2021 | $638.65 |
| $1,152.96 | 08/01/2021 | 08/2021 | $9,838.04 | 02/16/2022 | $9,323.73 |
| $1,152.96 | 09/01/2021 | 09/2021 | From | 02/16/2022 | $8,170.77 |

|  |  |  | Suspense |  |  |
|---|---|---|---|---|---|
| $1,152.96 | 10/01/2021 | 10/2021 | From Suspense | 02/16/2022 | $7,017.81 |
| $1,152.96 | 11/01/2021 | 11/2021 | From Suspense | 02/16/2022 | $5,864.85 |
| $1,152.96 | 12/01/2021 | 12/2021 | From Suspense | 02/16/2022 | $4,711.89 |
| $1,152.96 | 01/01/2022 | 01/2022 | From Suspense | 02/16/2022 | $3,558.93 |
| $1,152.96 | 02/01/2022 | 02/2022 | From Suspense | 02/16/2022 | $2,405.97 |
| $1,675.09 |  | AO Payment | From Suspense | 02/16/2022 | $730.88 |
| $1,675.09 |  | AO Payment | $0.00 |  | $730.88 |
| $1,675.09 |  | AO Payment | $0.00 |  | $730.88 |
| $1,675.11 |  | AO Payment | $0.00 |  | $730.88 |
| $1,116.72 | 03/01/2022 |  | $0.00 |  | $730.88 |
| $1,116.72 | 04/01/2022 |  | $0.00 |  | $730.88 |
| $1,116.72 | 05/01/2022 |  | $0.00 |  | $730.88 |
| $1,116.72 | 06/01/2022 |  | $0.00 |  | $730.88 |
| $1,116.72 | 07/01/2022 |  | $0.00 |  | $730.88 |
| $1,116.72 | 08/01/2022 |  |  |  | $730.88 |
| Total Due: $31,108.53 | | Total Received : $20,113.80 | | Arrears: $10,994.73 | |

Continue on attached sheets if necessary.

Monthly payments past due: 6 mos. X $1,116.72,
Agreed Order payment past due: 2 mos. X $1675.09, 1 mo. X $1675.11
Arrears: $10,994.73

Each current monthly payment is comprised of:
    Principal and Interest:  $ 656.75 _____
    R.E. Taxes:  $ _____
    Insurance:  $ _____
    Other:  $459.97 _____  (Specify: Escrow)
    TOTAL  $1,116.72 _____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 07/20/2020 effective 09/01/2020, filed 01/22/2021 effective 03/01/2022, filed 02/01/2022 effective 03/01/2022.

PRE-PETITION ARREARS: $39,783.29

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/22/22

Signature    Brian Gaske