Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10827−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haile P. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Rosalba M. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Social Security No.:
xxx−xx−1222

xxx−xx−2334

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 2, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 2, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Haile P. Perez  
Rosalba M. Perez  
    Debtors

Case No. 20-10827-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Dec 02, 2022      Form ID: 148      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Haile P. Perez, Rosalba M. Perez, 127 Schaffer Ave, Cedarville, NJ 08311-2207 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518666894 | | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518666898 | + | Center For Diagnostic Imaging, 1550 E. Chestnut Ave Ste 4c, Vineland, NJ 08361 |
| 518666901 | + | Cumberland County Taxation Board, 220 N Laurel St, Bridgeton, NJ 08302-1516 |
| 518666902 | + | Diversified Consultants, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 518666903 | +++ | Embrace Home Loans Inc., Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518666909 | + | Jefferson Capital, 4500 Cherry Creek Drive South Suite 700, Denver, CO 80246-1534 |
| 518666911 | + | Lawrence Township Tax Assessor, 357 Main St, Cedarville, NJ 08311-2542 |
| 518666916 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 518666917 | + | Slomin's Inc, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 518666918 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518666920 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2022 19:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2022 19:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519117999 | | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 19:35:18 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519118000 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 19:35:17 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701, Afni, Inc., c/o Becket and Lee LLP 19355-0701 |
| 518666895 | | EDI: CAPITALONE.COM | Dec 03 2022 00:18:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518676784 | + | EDI: AIS.COM | Dec 03 2022 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518666897 | + | EDI: CAPITALONE.COM | Dec 03 2022 00:18:00 | Capital One Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518666899 | | EDI: CITICORP.COM | | |

Case 20-10827-JNP    Doc 73    Filed 12/04/22    Entered 12/05/22 00:34:57    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2022 | Form ID: 148 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 518666900 | EDI: WFNNB.COM | Dec 03 2022 00:18:00 | Citi Cards, PO Box 8113, South Hackensack, NJ 07606-8113 |
| 518750619 | EDI: IRS.COM | Dec 03 2022 00:18:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 519497527 | + Email/Text: flyersprod.inbound@axisai.com | Dec 03 2022 00:18:00 | Department of the Treasury - IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| | | Dec 02 2022 19:22:00 | Embrace Home Loans, Inc., C/O RUSHMORE LOAN MANAGEMENT, P.O. Box 55004, Irvine, CA 9261, Embrace Home Loans, Inc., C/O RUSHMORE LOAN MANAGEMENT 92619-5004 |
| 519497526 | + Email/Text: flyersprod.inbound@axisai.com | Dec 02 2022 19:22:00 | Embrace Home Loans, Inc., C/O RUSHMORE LOAN MANAGEMENT, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518666904 | EDI: BLUESTEM | Dec 03 2022 00:18:00 | Finger Hut, PO Box 166, Newark, NJ 07101-0166 |
| 518748186 | Email/Text: bankruptcy@glsllc.com | Dec 02 2022 19:21:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518666905 | + Email/Text: bankruptcy@glsllc.com | Dec 02 2022 19:21:00 | Global Lending Servoces LLC, P.O Box 10437, Greenville, SC 29603-0437 |
| 518666910 | EDI: JEFFERSONCAP.COM | Dec 03 2022 00:18:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 518758219 | EDI: JEFFERSONCAP.COM | Dec 03 2022 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518673835 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 19:35:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518694748 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2022 19:24:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518720969 | + EDI: CBSMASON | Dec 03 2022 00:18:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518666912 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2022 19:24:42 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 518747772 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2022 19:22:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518666913 | ^ MEBN | Dec 02 2022 19:17:33 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518666914 | + Email/Text: EBN_Waco@Receivemorermp.com | Dec 02 2022 19:22:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518712628 | EDI: PRA.COM | Dec 03 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518712252 | EDI: PRA.COM | Dec 03 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 518771399 | EDI: Q3G.COM | Dec 03 2022 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518756944 | EDI: Q3G.COM | Dec 03 2022 00:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518756787 | Email/Text: bankruptcy@roundpointmortgage.com | Dec 02 2022 19:22:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 518684585 | EDI: AISSPRINT | Dec 03 2022 00:18:00 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 518666919 | EDI: USBANKARS.COM | Dec 03 2022 00:18:00 | State Farm Bank, P.O. Box 23025, Columbus, GA 31902-3025 |

| Case 20-10827-JNP | Doc 73 | Filed 12/04/22 | Entered 12/05/22 00:34:57 | Desc Imaged |
|---|---|---|---|---|
| | | Certificate of Notice | Page 4 of 5 | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2022 | Form ID: 148 | Total Noticed: 49 |

| 518742638 | | EDI: BECKLEE.COM | | Dec 03 2022 00:18:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518666921 | | EDI: CBS7AVE | | Dec 03 2022 00:18:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518667562 | + | EDI: RMSC.COM | | Dec 03 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518757657 | + | EDI: AIS.COM | | Dec 03 2022 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518666922 | | EDI: VERIZONCOMB.COM | | Dec 03 2022 00:18:00 | Verizon, PO Box 25087, Wilmington, DE 19899-5087 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518666896 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518666908 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518666906 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518666907 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518666915 | ##+ | RoundPoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2022 | Form ID: 148 | Total Noticed: 49 |

Seymour Wasserstrum
    on behalf of Debtor Haile P. Perez mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7